No. 93–9409.  BIGG v. SELECTIVE SERVICE SYSTEM.  C. A. 2d Cir.  Certiorari denied.

No. 93–9410.  DYER v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 93–9411.  ROGERS v. ALABAMA; and
No. 93–9560.  MUSGROVE v. ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 93–9412.  QUANG LY TRAN v. CITY OF COLUMBUS, OHIO, ET AL.  Ct. App. Ohio, Franklin County.  Certiorari denied.

No. 93–9413.  OSORIO v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 93–9414.  PATTERSON v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 93–9415.  MOSAVI ET AL. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 93–9416.  MARCUM v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 93–9417.  HURST v. UNIVERSITY OF WASHINGTON ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 93–9418.  FLOWERS v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 93–9419.  SIMS v. NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 93–9420.  CROWELL v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–9421.  DENSMORE v. MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 93–9422.  BROWN v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 93–9423.  MCLEOD v. LOUDOUN COUNTY DEPARTMENT OF SOCIAL SERVICES ET AL.  Ct. App. Va.  Certiorari denied.

No. 93–9424.  SHELTON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.